779 S.E.2d 197

Patricia FORE, Employee, Petitioner,

v.

GRIFFCO OF WAMPEE, INC., Employer, and
Chartis Claims, Inc., Carrier, Respondents.

Appellate Case No. 2014–002039.
No. 27588.

Supreme Court of South Carolina.

Heard Oct. 20, 2015.
Decided Nov. 12, 2015.

Stephen B. Samuels, of Samuels Law Firm, LLC, and Peter P. Leventis, IV, of McKay Cauthen Settana & Stubley, PA, both of Columbia, for petitioner.

James H. Lichty, of Columbia, and Helen F. Hiser, of Mt. Pleasant, both of McAngus Goudelock & Courie, LLC, for respondents.

PER CURIAM.

We granted certiorari to review the court of appeals' opinion in *Fore v. Griffco of Wampee, Inc.*, 409 S.C. 360, 762 S.E.2d 37 (Ct.App.2014). We now dismiss the writ of certiorari as improvidently granted.[1]

**DISMISSED AS IMPROVIDENTLY GRANTED.**

---

1. Accordingly, pursuant to the court of appeals' opinion, this matter is remanded to the Workers' Compensation Commission for a redetermination of Patricia Fore's benefits with express direction to consider Tony Owens' testimony and for Garry Smith's letter to be removed from Fore's public file.